UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:23-cv-04349-LJC |
|---|---|
| Plaintiff, | |
| vs. | Honorable Lisa J. Cisneros |
| JOHN DOE subscriber assigned IP address 104.177.35.138, | **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for December 7, 2023, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until February 6, 2024 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for December 7, 2023 is continued to March 7, 2024 at 1:30 p.m.

**DONE AND ORDERED**.

Dated: __November 27, 2023__         By: _____
                                                **United States Magistrate Judge**
                                                Hon. Lisa J. Cisneros

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:23-cv-04349-LJC